In the Matter of the Claim of FRANCIS G. KAPESSER, Respondent, against NEW YORK STATE POLICE et al., Appellants, and SPECIAL FUND CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ., concur.